UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DR. STEPHEN RUSHING

VERSUS

THE BOARD OF SUPERVISORS OF
THE UNIVERSITY OF LOUISIANA SYSTEM
(SOUTHEASTERN LOUISIANA UNIVERSITY),
ET AL

CIVIL ACTION

NO. 06-623-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 29, 2008. Plaintiff has filed an objection and defendant has filed a reply which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss (rec. doc. 26) filed by defendants The Board of Supervisors of the University of Louisiana System, Dr. John Crain, Dr. David Evenson, Dr. Hunter Alessi and Dr. Tammy Bourg is granted in part and denied in part.

Plaintiff's Fourteenth Amendment due process claim based on denial of access to the University's grievance procedure is barred by res judicata and is dismissed.

Plaintiff's state law contractual claim is a claim upon which relief cannot be granted and is dismissed.

In all other respects, the defendants' motion is denied.

Baton Rouge, Louisiana, September  11 , 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA