**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DR. STEVEN RUSHING** **CIVIL ACTION 06-623**

**VERSUS**

**BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ANSWER AND DEFENSES TO FOURTH AMENDED COMPLAINT

**NOW COME** all previously named Defendants through undersigned counsel to answer the plaintiff's Fourth Amended Complaint, deny any wrongdoing and raise objections and defenses. Previously named Defendant Hale is deceased and not subject to suit. Two newly named defendants, Teamer and Bollinger, are neither employed nor appointed to the Board as suggested in the Fourth Amended Complaint and have not been properly served but in an abundance of caution appear through undersigned counsel solely to raise such objections.

### FIRST DEFENSE

1.

The plaintiff has failed to state a claim against the defendants for which this Court may grant relief.

### SECOND DEFENSE

2.

Defendants raise lack of jurisdiction over certain party defendants for claims expanded

and or added herein.

**THIRD DEFENSE**

3.

The plaintiff raises new claims and/or expands claims in Federal court against a state agency and/or its state officials which are bared under the Eleventh Amendment of the United States Constitution and federal statutes.

**FOURTH DEFENSE**

4.

Defendants individually named in their official capacity within the University of Louisiana System are State officials not subject to suit in Federal court for monetary damages for certain claims and specifically under a §1983 action nor subject to suit on State claims under Eleventh Amendment issues.

**FIFTH DEFENSE**

5.

Any and all actions taken by these individuals named defendants were in exercise and performance of their policy making, duties and/or discretionary acts and as such the acts were within the course and scope of lawful powers and duties and for such reasons liability of such acts would be barred by La. R.S. 9:2798.1. All actions taken by defendants were taken in good faith under law with probable cause and without malice and are afforded immunity from action under law. Defendants further state that any actions taken or failed to be taken towards the plaintiff were subject to qualified privileges in the course and scope of their performance of their employment duties or official capacities and any actions taken were in performance of such

duties and were true and correct to the best of their knowledge.

**SIXTH DEFENSE**

6.

Defendants individually named in their personal or individual capacity under a §1983 action are entitled to the application of qualified immunity.

**SEVENTH DEFENSE**

7.

Plaintiff is not entitled to monetary relief.

**EIGHTH DEFENSE**

8.

All policies, procedures, practices for employment appeals and governance of the universities within the System and actions by the Board of Supervisors for that System, both at the member institutions under the management of the University of Louisiana System and at the staff and Board level, are applied equally to all parties regardless of sex, religion, or race.

**NINTH DEFENSE**

9.

Defendants further plead that any and all injuries, damages, or allegations of such should be found to be the result of or through the fault of a contribution of the action or failure of action of the plaintiff himself solely and/or contributorily or comparatively negligent and as such would be adjusted accordingly.

**TENTH DEFENSE**

10.

The plaintiff has no cause of action as such claims have prescribed or are barred by res judicata.

**ELEVENTH DEFENSE**

11.

Plaintiff has failed to exhaust administrative remedies.

**TWELFTH DEFENSE**

**12.**

Plaintiff names a party with no capacity to be sued. Named defendant 'Robert Hale' is neither a member of the UL SYSTEM, nor a resident and domiciled in Louisiana - as has been previously provided and pled in this matter - as he is deceased.

**THIRTEENTH DEFENSE**

13

Plaintiff names new defendants in this amended complaint who are not officials of the State of Louisiana and have not been properly served.

**FOURTEENTH DEFENSE**

14.

Defendants named individually who have raised qualified immunity under federal law request a Rule 7/Schultea order issue to Plaintiff requiring identification with specificity the following: what constitutional right has been violated; what intentional action(s) each personally

named defendant did; when and where in order to properly address qualified immunity raised.

**FIFTEENTH DEFENSE**

**NOW FURTHER ANSWERING** come all defendants to respond to the Amended Complaint as follows.

15.

Defendants deny allegations of fact in the opening Paragraph of this complaint, unnumbered as being incorrect, incomplete and/or naming of parties improperly as follows.

(A) Members of the Board of Supervisors for the University of Louisiana System currently do not include defendants Victor Bussie, Eunice Smith and Connie Rougeou or Robert Hale who is deceased, as has been previously provided and pled in this matter.

(B) The Board is not the Board of Supervisors for the State of Louisiana (Southeastern Louisiana University). It is improperly named. The State agency named as defendant is the Board of Supervisors for the University of Louisiana System. (The Board for the UL System). The UL System is an agency of the State of Louisiana. It is admitted that the Board is the governing body for the UL System which is a higher education management system created by the Constitution to govern those higher education institutions within its System. It is also admitted that the System includes Southeastern Louisiana University (SLU), which is not susceptible to suit as a defendant.

(C) It is admitted that newly named defendants Teamer and Bollinger have formerly served on the Board but denied that they were in service at all pertinent times of the allegations

of this complaint nor that other Board members named were in service at those alluded times. Further, under the Rule 7 request, plaintiff should be required to identify which claim at what time is raised as to each of the members previously or currently on the Board to address defenses raised.

(D) Defendant Woods, a former member of the Board, is identified in this complaint solely in an official capacity has no capacity as an individual to have taken any action and in official capacity is not subject to any damages and must be dismissed.

(E) It is admitted that Evenson, Alessi & Simoneaux are officials at SLU in the UL System.

(F) It is noted Dr. Crain was Provost but he now serves as President at SLU and Dr. Bourg was a Dean but now serves as Provost at SLU.

All other allegations of fact in this opening introductory paragraph are denied.

16.

The allegations of fact in 33, 34, 35, 36, 37, 38, 39 and 40 are denied as written.

17.

The allegations of fact in Paragraph 41 are denied.

18.

The allegations of fact in Paragraph 42 is denied as written. The documents themselves are the best evidence of the content but the entire file once reviewed will determine the timeliness and completion of the administrative jurisdictional requirements and whether such are barred.

19.

The allegations of fact in Paragraph 43 are denied.

20.

The allegations of entitlement to any form of damages in the wherefore and prayer are denied.

**WHEREFORE** the Defendants, some properly and some improperly included herein, pray that these Answers, Exceptions and Defenses be deemed good and appropriate, that this amended complaint be deemed frivolous and that after all due proceedings the matter be dismissed with prejudice with costs and attorneys fees awarded to the Defendants and against the plaintiff for pursuing in this Fourth amended Complaint this frivolous action.

Respectfully submitted,


SEALE & ROSS, P.L.C.

*<u>/s/ Glen R. Galbreath</u>*
T. Jay Seale, III #11901
Glen R. Galbraith #23087
Amy Lawler Gonzales #26897
200 North Cate Street
P.O. Drawer 699
Hammond, LA 70404
(985) 542-8500
FAX (985) 542-4111
Attorneys for Defendants

DECUIR, CLARK & ADAMS, L.L.P.

*<u>/s/ Linda Law Clark</u>*
Winston G. DeCuir, Sr.
Bar Roll No. 04795
Linda Law Clark
Bar Roll No. 22305
732 North Boulevard
Baton Rouge, LA 70802
Phone: (225) 346-8716
Fax: (225) 336-1950


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Answer and Defenses has been filed through the electronic filing system with all counsel receiving notice through same this 22nd day of November, 2010.

/s/ *Linda Law Clark*
Linda Law Clark

G:\ULS\SLU\Dr.SteveRushing\Answer & Defenses to Fourth amended Complaint (LLC) 11-20-10.wpd