UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following motions noticed for submission/hearing on **OCTOBER 12, 2011**, will be considered on the briefs.

06-0623 STEVEN RUSHING V BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEMS, ETC., ET AL
Motion by Board of Supervisors for the University of Louisiana System, Jimmy D. Long, Sr., Elsie Burkhalter, Michael Woods, Paul Aucoin, Victor Bussie, Renee Lapeyrolerie, Andre Coudrain, D. Wayne Parker, Winfred Sibille, Dr. Eunice Smith, Olinda Ricard, Dr. Clyde Rogeou, Jr., Dr. Mildred Gallot,Robert Hale, Jeffrey Jenkins, Russell Mosely, Dr. John Crain, Dr. David Evenson, Dr. Tammy Bourg, Dr. Hunter Alessi, and Laverne Simoneaux to dismiss and/or for summary judgment (100)

07-0879 c/w 10-0511 K.P., ET AL V LORRAINE LEBLANC, ET AL
Motion for summary judgment filed by plaintiffs (84)
[REF: 07-0879]
Motion for summary judgment filed by Lorraine LeBlanc, Clark Cosse, Melaine Firman, M.D., Vincent Culotta, M.D., William Schumacher, Joseph Donchess, Dianne Viator, Daniel Lennie and Manuel DePascual (89)
[REF: 07-0879]
Motion for summary judgment filed by J.S. "Bud" Thompson, Jr. (93)
[REF: 10-0511]
Motion for summary judgment filed by Lorraine LeBlanc, Clark Cosse, Vincent Culotta, M.D., Kent Guidry, Joseph Donchess, Melaine Firman, M.D., Katharine Rathbun, M.D., Manuel DePascual and James E. Hritz (94)
[REF: 10-0511]
Cross-motion for partial summary judgment filed by plaintiffs (95)
[REF: 10-0511]

New Orleans, Louisiana, this 6th day of October 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE