**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEVEN RUSHING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-CV-623-HGB-KWR** |
| **THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEMS (SOUTHEASTERN LOUISIANA UNIVERSITY); DR. JOHN CRAIN, PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS AT SOUTHEASTERN LOUISIANA UNIVERSITY** | **SECTION "C" (4)**<br><br>**JUDGE HELEN G. BERRIGAN** |

## NOTICE OF APPEAL

Notice is hereby given that Steven Rushing appeals to the United States Court of Appeals for the Fifth Circuit from the Order by the United States District Court for the Middle District of Louisiana, granting the third motion to dismiss and/or for summary judgment of the defendant and the Judgment of April 24, 2012, dismissing the action against defendant, The Board of Supervisors of the University of Louisiana Systems (Southeastern Louisiana University); Dr. John Crain, Provost and Vice President for Academic Affairs at Southeastern Louisiana University.

*/s/ Dan M. Scheuermann*_____
Dan M. Scheuermann (#11767)
Attorney at Law
600 America Street
Baton Rouge, LA 70802-5903
Tel: 225-344-9381
Fax: 225-344-9384
Email: dan@dmsattorney.com

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEVEN RUSHING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-CV-623-HGB-KWR** |
| **THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEMS (SOUTHEASTERN LOUISIANA UNIVERSITY); DR. JOHN CRAIN, PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS AT SOUTHEASTERN LOUISIANA UNIVERSITY** | **SECTION "C" (4)**<br><br>**JUDGE HELEN G. BERRIGAN** |

---

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed via CM/ECF and that a copy thereof is being served upon counsel of record via the Court's electronic notification system.

Baton Rouge, Louisiana, this 21st day of April, 2012.

*/s/ Dan M. Scheuermann*_____
Dan M. Scheuermann (#11767)