**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEVEN RUSHING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-CV-623-HGB-KWR** |
| **THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEMS (SOUTHEASTERN LOUISIANA UNIVERSITY); DR. JOHN CRAIN, PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS AT SOUTHEASTERN LOUISIANA UNIVERSITY** | **SECTION "C" (4)**<br><br>**JUDGE HELEN G. BERRIGAN** |

---

**PLAINTIFF'S MOTION TO VACATE THE JUDGMENT OR FOR A NEW TRIAL UNDER FED.R. CIV.P. 60(b) (4 and 6)**

Plaintiff, Steven Rushing, by and through his undersigned counsel, moves this Court to vacate the judgment and orders previously entered in favor of defendants under Fed.R.Civ.P. 60(b)(4 & 6). This motion is supported by the record. Indisputable facts are contained therein which compels this Court to exercise its discretion to vacate the judgment in defendants' favor, as more fully explained in the attached memorandum in support.

*/s/ Dan M. Scheuermann*_____
Dan M. Scheuermann (#11767)
Attorney at Law
600 America Street
Baton Rouge, LA 70802-5903
Tel: 225-344-9381
Fax: 225-344-9384
Email: dan@dmsattorney.com

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEVEN RUSHING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-CV-623-HGB-KWR** |
| **THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEMS (SOUTHEASTERN LOUISIANA UNIVERSITY); DR. JOHN CRAIN, PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS AT SOUTHEASTERN LOUISIANA UNIVERSITY** | **SECTION "C" (4)**<br><br>**JUDGE HELEN G. BERRIGAN** |

---

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed via CM/ECF and that a copy thereof is being served upon counsel of record via the Court's electronic notification system.

Baton Rouge, Louisiana, this 25th day of March, 2013.

*/s/ Dan M. Scheuermann*
Dan M. Scheuermann (#11767)