UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. STEVEN RUSHING | CIVIL ACTION |
| VERSUS | NO. 06-623 |
| THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM (SOUTHEASTERN LOUISIANA UNIVERSITY), ET AL | SECTION "C" (4) |

ORDER

IT IS ORDERED that the plaintiff's motion to vacate the judgment or for a new trial is DENIED. Rec. Doc. 156.

New Orleans, Louisiana, this 7th of May, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE