UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN RUSHING | CIVIL ACTION |
| VERSUS | NO. 06-623-HGB-KWR |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEMS (SOUTHEASTERN LOUISIANA UNIVERSITY), ET AL | |

# TAXATION OF COSTS

Judgment was entered in this matter on April 24, 2012 in favor of defendants, and against plaintiff. A Bill of Costs was filed by defendant on May 29, 2012.

Costs in the amount of $2,991.25 are hereby taxed against the plaintiff as follows:

**Depositions**

| | |
|---|---|
| Dr. Steven Rushing | $1,287.60 |
| Dr. David Evenson | 672.20 |
| Dr. Glen Hemberger | 162.35 |

**Copies**

| | |
|---|---|
| Certified copy of First circuit Court of Appeals opinion | $22.00 |
| Copy of transcript of 1/9/08 hearing before Magistrate Judge Riedlinger | 35.00 |
| Copy Charges | 797.10 |

**Other Costs**

| | |
|---|---|
| Binders and index sets for trial preparation | $15.00 |

## Costs Not Allowed

**Depositions**

| | |
|---|---|
| Dr. Tammy Bourg | $507.95 |
| Elise P. Burkhalter | 295.60 |
| Sally Clausen | 369.10 |

| | |
|---|---|
| Dr. John Crain | 702.15 |
| Dr. David Johansen | 179.85 |
| Dr. Stephen Suber | 151.20 |
| Dr. Michael Randolph Moffett | 449.70 |

The record does not indicate these depositions were used in the Motion for Summary Judgment.

**Copies** $404.05

The copy charges were taxed at the rate of $0.10 per page

**Other Cost**

| | |
|---|---|
| Postage | $ 26.92 |
| Mileage | 458.39 |
| Parking | 10.00 |
| Binders and labels for discovery | 112.79 |
| Online Research PACER fees | 31.86 |

These fees are seen as an expense of counsel and therefore not taxed.

Pursuant to rule 54(d) of the Federal Rules of Civil Procedure, the above determination may be reviewed by the court, provided a Motion to Review is filed within **seven (7) days** from receipt of this Taxation of Costs.

Baton Rouge, Louisiana, June 14, 2013.

Nick J. Lorio, Clerk of Court

By: Donna Gregory

Deputy Clerk